AUGUST BAUER, as Administrator, etc., of WILLIAM BAUER, Deceased, Respondent, v. PARK VERSAILLES REALTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to plaintiff to serve proper bill of particulars in compliance with the order therefor within ten days from date of entry of this order upon payment

of said costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.